IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:12-mj-288 |
| v. | ) | |
| (1) HUGO GARCIA-CORTEZ <br> (2) BERNY NUNEZ | ) | **ORDER** |

This matter is before the Court upon Motion of the Government, with consent of the Defendants, to dismiss the above-captioned criminal Complaint. For the reasons stated in the Government's Motion,

**IT IS HEREBY ORDERED** that the criminal Complaint in this case be dismissed.

**SO ORDERED**.

Signed: October 29, 2012

David C. Keesler
United States Magistrate Judge